**1215 ATTORNEY GENERAL vs. COMMON COUNCIL (Detroit),** 29 M., 108.

To compel respondent to act upon nominations made by the mayor under the act establishing a board of public works.

Granted.

Respondents insisted that the act was invalid because in conflict with the Constitution of the State.

**1216 ATTORNEY GENERAL vs. COMMON COUNCIL (Detroit),** 58 M., 213.

To compel respondent to take action upon certain nominations made by the mayor, of persons to act as a "board of commissioners of registration and election" for the City of Detroit.

Denied October 14, 1885.

The act providing for the appointment is held unconstitutional, (1) as making particular political opinions a condition of holding office; (2) as sub-delegating the popular power of choosing officers, and (3) as interfering with the municipal right to local government.

**1217 FITZGERALD (Mayor, Port Huron) vs. WHIPPLE (Alderman),** 41 M., 548.

To compel respondent to attend the meetings of the Common Council and to perform his general official duties regularly.

Denied October 7, 1879.

Held, that mandamus would not lie.

**1217½ COUNTY OF BAY vs. BULLOCK (Supervisor of Deep River Twp.),** 51 M., 544.

To compel respondent to return his tax roll to the Board of Supervisors of Bay County, and to attend the meetings of that